IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2006 OCT -6  PM 4: 26

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
            DEPUTY

| | |
|---|---|
| CROSSROADS SYSTEMS (TEXAS), INC., a Texas corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>DOT HILL SYSTEMS CORPORATION, a Delaware corporation,<br><br>Defendant and Counter-Plaintiff | CASE NO.  A-03-CV-754 SS |

**STIPULATION OF DISMISSAL OF CLAIMS BETWEEN
CROSSROADS SYSTEMS (TEXAS), INC. AND DOT HILL SYSTEMS CORPORATION**

IT IS HEREBY STIPULATED AND AGREED by and among Crossroads Systems (Texas), Inc. ("Crossroads") and Dot Hill Systems Corporation ("Dot Hill"), by their undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Crossroads' claims against Dot Hill and Dot Hill's counterclaims against Crossroads in the above-referenced action be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: October 6, 2006

By: _____
John M. Guaragna (Bar No. 24043308)
Raymond W. Mort III (Bar No. 00791308)
Jennifer A. Lloyd (Bar No. 24013050)
Meghan Paulk Ingle (Bar No. 24036821)
**DLA Piper US LLP**
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875
Tel: 512-457-7000
Fax: 512-457-7001

John Allcock (*Pro Hac Vice*)
Sean C. Cunningham (*Pro Hac Vice*)
**DLA Piper US LLP**
401 B Street, Suite 2000
San Diego, CA 92101-4240
Tel: 619-699-2828
Fax: 619-699-2701

Darius C. Gambino (*Pro Hac Vice*)
**DLA Piper US LLP**
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Tel: 215-656-3309
Fax: 215-656-3301

Steven Robert Sprinkle
**SPRINKLE IP LAW GROUP**
1301 W. 25th Street, Suite 408
Austin, TX 78705
Tel: 512-637-9223
Fax: 512-371-9088

Attorneys for Plaintiff and Counter-Defendant
CROSSROADS SYSTEMS (TEXAS), INC.

AU\4189790.1

Respectfully submitted,

Dated: October 6th, 2006

By: *Richard F. Cauley by Robert J. Lochridge*

Richard F. Cauley (*Pro Hac Vice*)
Franklin E. Gibbs (*Pro Hac Vice*)
Michelle M. McCliman (*Pro Hac Vice*)
Peter O. Huang (*Pro Hac Vice*)
Larry Severin (*Pro Hac Vice*)
**WANG, HARTMANN & GIBBS, P.C.**
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
(949) 833-8483

John F. Sweeney (*Pro Hac Vice*)
William S. Feiler (*Pro Hac Vice*)
**MORGAN & FINNEGAN, L.L.P.**
3 World Financial Center
New York, New York 10281
(212) 415-8700

Valerie W. Greenberg (*Pro Hac Vice*)
**THE GREENBERG LAW FIRM**
121 Brite Ave.
Scarsdale, NY 10583
Telephone: (914) 722-9111
Facsimile: (914) 722-6866

Patton C. Lochridge (Bar No. 12458500)
Travis C. Barton (Bar No. 7902276)
**MCGINNIS, LOCHRIDGE & KILGORE, LLP**
1300 Capitol Center
919 Congress Avenue
Austin, TX 78701
Telephone: (512) 495-6000
Facsimile: (512) 495-6093

Attorneys for Defendant and Counter-Plaintiff
DOT HILL SYSTEMS CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October 2006, a true and correct copy of the above

and foregoing document was forwarded by facsimile and overnight delivery, to counsel as

follows:


Richard F. Cauley
WANG, HARTMANN & GIBBS, PC
1301 Dove Street, Suite 1050
Newport Beach, CA  92660-2812
rcauley@jcpw.com

John F. Sweeney
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY  10281-2101
jfsweeney@morganfinnegan.com

Patton Lochridge
Travis Barton
McGINNIS, LOCHRIDGE & KILGORE LLP
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701


John M. Guaragna

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CROSSROADS SYSTEMS (TEXAS), INC., a Texas corporation,<br>　　　Plaintiff and Counter-Defendant,<br><br>　　　　v.<br><br>DOT HILL SYSTEMS CORPORATION, a Delaware corporation,<br>　　　Defendant and Counter-Plaintiff | CASE NO.  A-03-CV-754 SS |

## ORDER GRANTING STIPULATION OF DISMISSAL OF CLAIMS

Pursuant to the Parties' Stipulation and good cause appearing therefore, it is hereby ordered that Crossroads Systems (Texas), Inc.'s ("Crossroads") claims against Dot Hill Systems Corporation ("Dot Hill") and Dot Hill's counterclaims against Crossroads in the above-referenced action are hereby DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE